**KFX MEDICAL CORPORATION,**
**A Delaware Corporation,**
**Plaintiff–Appellee,**

v.

**ARTHREX INCORPORATED,**
**A Delaware Corporation,**
**Defendant–Appellant.**

**No. 2014–1372.**

United States Court of Appeals, Federal Circuit.

Jan. 20, 2015.

Joseph F. Jennings, Knobbe, Martens, Olson & Bear, LLP, of Irvine, CA, argued for plaintiff-appellee. With him on the brief were Sean M. Murray and Marissa Calcagno; and Brian C. Horne, of Los Angeles, CA.

Megan S. Woodworth, Dickstein Shapiro LLP, of her on the brief were Charles W. Saber, Salvatore P. Tamburo, and S. Gregory Herrman; and Robert W. Dickerson, of Los Angeles, CA.

NEWMAN, MOORE, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**